*Formatted for Electronic Distribution*                                                      *Not For Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

In re:

    Charles M. Kail and                                              Chapter 13 Case
    Cheryl L. Kail,                                                        # 09-10796
           Debtors.

_____

Charles M. Kail and
Cheryl L. Kail,
           Plaintiffs,
    v.                                                                      Adversary Proceeding
United States of America and                                        # 09-1037
Vermont Federal Credit Union,
           Defendants.

_____

*Appearances:*    Nancy M. Geise, Esq.        Karen E. Wozniak, Esq.
                            Kolvoord Overton & Wilson    United States Department of Justice
                            Essex Junction, VT            Washington, DC
                            For the Debtors                 For the United States of America

                                                               Alexandra E. Edelman, Esq.
                                                               Kevin M. Henry, Esq.
                                                                Gary F. Karnedy, Esq.
                                                               Douglas J. Wolinsky, Esq.
                                                                Primmer Piper Eggleston & Cramer
                                                               Burlington, VT
                                                               For Vermont Federal Credit Union

*Filed & Entered On Docket July 22, 2011*

## ORDER
### DENYING MOTIONS FOR SUMMARY JUDGMENT

       For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the three summary judgment motions pending in this proceeding are DENIED as follows:

1.     The motion for summary judgment filed by the Internal Revenue Service on January 7, 2011 (doc. # 39), seeking a determination on the issue of whether Debtor Charles M. Kail is a responsible party liable for taxes under 26 U.S.C. § 6672, is denied because there are material facts in dispute and certain material facts necessary for an adjudication of the issue are absent from the record.

2.     The motion for summary judgment filed by the Debtors on January 7, 2011 (doc. # 38), seeking a determination on the issue of whether Debtor Charles M. Kail is a responsible party liable for tax-

es under 26 U.S.C. § 6672, is denied because there are material facts in dispute and certain material facts necessary for an adjudication of the issue are absent from the record.

3. The portion of the motion for summary judgment filed by VFCU on January 7, 2011 (doc. # 37), seeking a determination on the issue of whether Debtor Charles M. Kail is a responsible party liable for taxes under 26 U.S.C. § 6672, is denied because VFCU lacks standing to contest the validity of the tax assessment.

4. The portion of the motion for summary judgment filed by VFCU on January 7, 2011 (doc. # 37), seeking a determination that the VFCU Mortgage has priority over the IRS's First Federal Tax Lien, is denied on the merits because VFCU is not entitled to relief under the doctrine of equitable subrogation as a matter of law.

IT IS FURTHER ORDERED that the parties shall promptly contact the Courtroom Deputy to set a trial date, and by August 5, 2011 shall file a proposed joint final scheduling order that includes the date of trial, the due date for the filing of a final joint pre-trial statement (which shall be due no later than one week before the trial date), and any other deadlines the parties deem necessary to expeditiously litigate the remaining issues in this proceeding.

SO ORDERED.

July 22, 2011  
Burlington, Vermont

Colleen A. Brown  
United States Bankruptcy Judge